FILED

AUG 16 2005

E-filing

RICHARD W. WIEKING
CLERK, U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

# NORTHERN DISTRICT OF CALIFORNIA

United States of America
Plaintiff(s),

v.

LeRoy E. Fritts and Roderick Alyn Prescott
Defendant(s).

CASE NO. CR05-0216 WHA

~~(Proposed)~~
ORDER GRANTING APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE

Joel F. Hansen, an active member in good standing of the bar of Nevada, whose business address and telephone number is 415 S. 6th St. #200, LV, NV 89101, having applied in the above-entitled action for admission to practice in the Northern District of California on a *pro hac vice* basis, representing Roderick Alyn Prescott

IT IS HEREBY ORDERED THAT the application is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance *pro hac vice*. Service of papers upon and communication with co-counsel designated in the application will constitute notice to the party. All future filings in this action are subject to the requirements contained in General Order No. 45, *Electronic Case Filing*.

Dated: 8-16-05

_____
United States District Judge