1  BARRY J. PORTMAN
   Federal Public Defender
2  DAVID W. FERMINO
   Assistant Federal Public Defender
3  19th Floor Federal Building – Box 36106
   450 Golden Gate Avenue
4  San Francisco, CA 94102
   Telephone: (415) 436-7700
5
   Counsel for Defendant JOHNSON
6

7

8             IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 UNITED STATES OF AMERICA,        )  No. CR-05-~~00372~~ 216 WHA
                                    )
12              Plaintiff,          )  [~~PROPOSED~~] ORDER DIRECTING THE
                                    )  UNITED STATES MARSHAL TO
13 vs.                              )  PROVIDE DEFENDANT FRITTS WITH
                                    )  AN EYE EXAMINATION AND
14 LEROY FRITTS,                    )  PRESCRIPTION EYEGLASSES
                                    )
15              Defendant.          )
                                    )

16     For good cause shown, **IT IS HEREBY ORDERED** that an employee
17 of the medical department at the Santa Rita Jail immediately
18 provide Leroy Fritts with an eye examination and, if medically
19 necessary, prescription eye glasses.
20
21                                  _____
                                    WILLIAM H. ALSUP
22                                  UNITED STATES DISTRICT JUDGE
23
24 Dated: October 5, 2005
25
26

PORP ORD RE NEWBRIDGE                        1