United States District Court
For the Northern District of California

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | No. CR 05-00216 WHA |
| Plaintiff, | |
| v. | **CUSTODY ORDER** |
| RODERICK ALYN PRESCOTT and LEROY E. FRITTS, | |
| Defendants. / | |

The United States Marshals are **ORDERED** to transfer custody of defendant Leroy E. Fritts to the District of Oregon, pursuant to the transfer there of criminal case No. CR 05-216. The marshals are **ORDERED** to transfer defendant Fritts there as soon as possible, within the normal operation of their duties.

**IT IS SO ORDERED.**

Dated:  December 13, 2005

WILLIAM ALSUP
UNITED STATES DISTRICT JUDGE